# EXHIBIT A

# ATTENTION S.E. MI. EMPLOYERS

## $500 Deductible Health Plans
## 100% Coverage After Deductible

Includes RX and Office Visits

HMO or PPO Platforms Available

Guaranteed Issue with NO Pre-existing Limits

Example Case:

38 year old employee; 35 year old spouse; 2 children under 20

# $861.00

FOR MORE INFORMATION, COMPLETE FAX BACK FORM BELOW.

FAX TO: **248-464-6543** or to speak to a representative CALL: **248-464-6544** Ext 4.

NAME_____

COMPANY_____

PHONE NUMBER_____

EMAIL ADDRESS_____

If you no longer wish to receive information from us, dial auto Opt Out line 844-319-6645.

CBG is a General Agent selling products only through Licensed Health Agents in SE Michigan