UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNIVERSITY FOODS, INC.,

    Plaintiff,

Case No. 20-11501

v.

HON. MARK A. GOLDSMITH

CHELTEN BENEFITS GROUP,

    Defendant.

_____/

### ORDER DISMISSING CASE WITH PREJUDICE

The Court, having been advised by the parties on November 3, 2020, that this matter has settled, dismisses the case with prejudice, subject to reopening on or before December 18, 2020, if the settlement is not consummated, or if the parties stipulate to some other order of dismissal.

    SO ORDERED.

Dated: November 18, 2020       s/Mark A. Goldsmith
    Detroit, Michigan       MARK A. GOLDSMITH
                                                       United States District Judge